IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN A. MCLEOD,

      Appellant,

v.

DR. MICHAEL W. GILLUM,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5610

Opinion filed February 3, 2016.

An appeal from an order of the Circuit Court for Jefferson County.
Karen A. Gievers, Judge.

Steven A. McLeod, pro se, Appellant.

Dr. Michael W. Gillum, pro se, Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, BILBREY, and KELSEY, JJ., CONCUR.